1  PHILLIP A. TALBERT
   United States Attorney
2  BENJAMIN E. HALL
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
4  Fresno, CA  93721
   Telephone: (559) 497-4000
5
   Attorneys for Defendants
6

7              IN THE UNITED STATES DISTRICT COURT

8                 EASTERN DISTRICT OF CALIFORNIA

9

10 | STEPHANIE ORTIZ,                    | Case No. 1:22-cv-00122-JLT-SKO
11 |                       Plaintiff,    | **STIPULATION AND ORDER REGARDING FILING OF FIRST AMENDED COMPLAINT**
12 |              v.                     |
13 | FEDERAL BUREAU OF PRISONS, et al.,  | (Doc. 8)
14 |                       Defendants.   |
15

16

17       Pursuant to Section 1.C. of the Standing Order of United States District Judge Jennifer L.
18 Thurston, the parties to this action have engaged in a pre-filing meet and confer in which they discussed
19 in detail the substance of a contemplated motion by Defendants to dismiss the Complaint for failure to
20 state a claim upon which relief can be granted (Fed. R. Civ. P. 12(b)(6)).  Plaintiff has proposed to file a
21 First Amended Complaint in an effort to address the substance of the contemplated motion to dismiss,
22 and the parties have reached agreement upon a proposed schedule for the filing of a First Amended
23 Complaint and Defendants' response to the amended pleading.  The parties hereby stipulate and request
24 that the Court enter an order that Plaintiff shall file a First Amended Complaint within twenty-one (21)
25 days of the date of filing of this stipulation, and that Defendants' response to the First Amended
26 Complaint shall be filed within twenty-one (21) days after the First Amended Complaint is filed.
27 / / /
28

STIPULATION AND ORDER REGARDING FILING OF        1
 FIRST AMENDED COMPLAINT

|   |   |
|---|---|
| | Respectfully submitted, |
| | PHILLIP A. TALBERT<br>United States Attorney |
| Dated:   April 25, 2022 | |
| | _/s/ Benjamin E. Hall_____<br>BENJAMIN E. HALL<br>Assistant United States Attorney<br>Attorney for Defendants |
| | GIVENS & LARAMOND LAW GROUP |
| | [Authorized April 25, 2022] |
| Dated:  April 25, 2022 | |
| | ___/s/ Brian Givens_____<br>BRIANA GIVENS<br>Attorney for Plaintiff |

## **ORDER**

Pursuant to the parties' foregoing stipulation (Doc. 8), and for good cause shown,

IT IS HEREBY ORDERED that Plaintiff shall file a First Amended Complaint by no later than May 16, 2022, and Defendants shall file their response to the First Amended Complaint within twenty-one (21) days after the First Amended Complaint is filed.

IT IS SO ORDERED.

Dated:   **April 26, 2022**               /s/ *Sheila K. Oberto*                
                                                          UNITED STATES MAGISTRATE JUDGE